**CSD 1001A** [11/15/04]
Name, Address, Telephone No. & I.D. No.

Order Entered on
January 21, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

Date of Hearing:
Time of Hearing:
Name of Judge:

## ORDER ON

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through _____ with exhibits, if any, for a total of _____ pages, is granted. Motion/Application Docket Entry No. _____

//
//
//
//
//
//

DATED: January 20, 2010

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

_____
(Firm name)

By:_____
Attorney for ☐ Movant ☐ Respondent

**CSD 1001A**

`CSD 1001A` `[11/15/04]``(Page 2)`
ORDER ON
DEBTOR:                                                           CASE NO:

`CSD 1001A`

*Signed by Judge Laura Stuart Taylor January 20,2010*

**CERTIFICATE OF SERVICE**

I, Joanne B. Stern, am over the age of 18 years and not a party to the within action. I am employed in an office that employs a member of the bar of this court, at whose direction the within service was made. My business address is Stutman, Treister, & Glatt Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067-6013.

On January 20, 2009, I served the following pleading:

**STIPULATION REGARDING DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED BY THE OHIO DEPARTMENT OF TAXATION**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as follows:

| | |
|---|---|
| Robert L. Doty<br>Assistant Attorney General<br>Collections Enforcement<br>Ohio Attorney General Richard Cordray<br>Ohio Government Center, Suite 1340<br>Toledo, OH 43604-2261 | Office of the U.S. Trustee:<br>Southern District of California<br>Attn: David M. Ortiz, Trial Attorney<br>402 West Broadway, Suite 600<br>San Diego, CA 92101-8511 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 20, 2009, at Los Angeles, California.

/s/ Joanne B. Stern
Joanne B. Stern

534135v1

*Signed by Judge Laura Stuart Taylor January 20, 2010*