# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
# Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | MOLECULAR IMAGING CORPORATION |
| **Case Number:** | 08-12490-LT11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JANUARY 21, 2010 02:30 PM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | JENNIFER PURKEY |
| **Reporter / ECR:** | CONNIE MIHOS |

### Matters:

1) MOTION FOR AN ORDER AUTHORIZING THE SALE OF CERTAIN MOBILE COACHES AND RELATED EQUIPMENT OWNED BY THE DEBTOR'S WHOLLY OWNED SUBSIDIARY FILED ON BEHALF OF MOLECULAR IMAGING CORPORATION

2) UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7 (fr 11/10/09)

3) MOTION FOR ORDER: (1) DISALLOWING ALLEGED PRIORITY CLAIM ASSERTED BY THE OHIO DEPARTMENT OF TAXATION OR (2) RE-CLASSIFYING CLAIM TO A GENERAL UNSECURED NON-PRIOIRTY CLAIM

4) MOTION FOR ORDER PURSUANT TO 11 U.S.C. SECTIONS 327 AND 328 AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCA ADVISORS CORPORATION TO PERFORM CONSULTING SERVICES TO DEBTOR NUNC PRO TUNC TO PETITION DATE

5) STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 11/10/09)

6) DEBTOR'S MOTION FOR ORDER: (1) APPROVING DISCLOSURE STATEMENT AND (2) SCHEDULING HEARING ON CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN

### Appearances:

GREGORY K. JONES, ATTORNEY FOR MOLECULAR IMAGING CORPORATION
JEANNE C. WANLASS, ATTORNEY FOR UST

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

# Minute Order

(continue)..  **08-12490-LT11**              THURSDAY, JANUARY 21, 2010 02:30 PM

### Disposition:

1) Approve overbid procedure and accept overbid and back up offer. Order to be submitted by: Jones
2) Continued to 2/17/10 at 11:00 a.m.
3) Off calendar
4) Grant as outlined in open court.  Order to be submitted by: Jones
5) Continued to 2/17/10 at 11:00 a.m.
6) Continued to 2/17/10 at 11:00 a.m.  Revised disclosure statement to be filed by 2/4/10, any additional opposition to be filed by 2/11/10 with reply by 2/16/10 noon.